```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

STEVEN VICTOR FLEMMING,              *

      Petitioner,              *

vs.                                  *

                                     CASE NO. 4:08-CV-154 (CDL)

VANCE LAUGHLIN, Warden.             *

      Respondent.              *

                               *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 18, 2008 is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 16th day of January, 2009.

                                                <u>S/Clay D. Land</u>
                                                    CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE